# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| AUNDREA DUMAS, *as administrator* ) <br> *of the estate of Shirley Morris*, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RIVERVIEW HEALTH AND ) <br> REHABILITATION CENTER, ) <br> *a Georgia corporation*, ) <br> ) <br> Defendant. ) | Case No. CV411-049 |

## ORDER

Shirley A. Morris died after filing this employment discrimination case. Doc. 19 at 1-2; doc. 21 at 1. The Court stayed this case pending defendant's Fed. R. Civ. P. 25 suggestion of death. Doc. 9. Her lawyer then moved to substitute her heirs or her estate as plaintiff(s), doc. 19, but, as the Court pointed out in its last Order, only an estate executor or administrator has standing. Doc. 22, *reported at* 2012 WL 70675. So, the Court stayed this case for thirty more days to enable proper substitution. Doc. 22 at 3.

Moving to substitute herself as the plaintiff and thus to dissolve that

stay, Aundrea Dumas shows that she was just appointed administrator. Doc. 23. The Court **GRANTS** her motion, dissolves the stay, and has amended the caption accordingly. Doc. 23. The Clerk shall similarly amend the docket, and all subsequent filings shall conform.

**SO ORDERED**, this 13R day of February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA